1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KARRY KILPATRICK,                          1:09-cv-01470-DLB (HC)

                    Petitioner,

                                           ORDER AUTHORIZING IN FORMA
    v.                                     PAUPERIS STATUS

JAMES HARTLEY,

                    Respondent.
_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.   Pursuant to 28 U.S.C. § 1915, petitioner is hereby

AUTHORIZED to proceed *in forma pauperis*.


        IT IS SO ORDERED.

        **Dated:    August 25, 2009**              _____ **/s/ Dennis L. Beck**_____
                                           UNITED STATES MAGISTRATE JUDGE

1